Byron M. Merris, Corporation Counsel, for appellants; LeForgee, Samuels & Miller, for appellee; Carl R. Miller, and Jerald E. Jackson, of counsel. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed June 10, 1952; rehearing denied August 5, 1952; released for publication August 5, 1952.

## John Corso, Appellee, v. Fred Knapp, Arthur Doyle and Rudolph Diognardi, Individually, and Trading as West End Bowling Alley, Appellants.

**Gen. No. 45,603.**

Wyatt Jacobs, for appellants; Charles E. Heckler, of counsel; William H. Arpaia, for appellee; William H. Arpaia, and Norman S. Rothbart, of counsel. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed July 1, 1952; released for publication August 5, 1952.

## Ruby Bushaw, Plaintiff-Appellee, v. Central Illinois Electric and Gas Company, Defendant-Appellant.

**Gen. No. 10,599.**

Hyer, Gill & Brown, for appellant; Maynard & Maynard, for appellee. Opinion by Presiding Justice Dove. Not to be published in full. Opinion filed July 3, 1952; released for publication July 28, 1952.

John Schuck, a Mental Incompetent, by William Spinner, Conservator of his Person and Estate, Plaintiff-Appellant, v. Mary Schuck and Kenneth C. Richards, Defendants, Mary Schuck, Appellee.

Gen. No. 10,612.

Willard E. Cain, M. F. Abrahamson, L. L. Rechenmacher, for appellant; Hadley and Leren, for appellee; Palmer Leren, of counsel. Opinion by Presiding Justice Dove. Not to be published in full. Opinion filed July 3, 1952; released for publication July 28, 1952.